IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CARLOS FLORES,                          )
                                        )
                    Plaintiff,          )
                                        )        CIVIL ACTION
vs.                                     )
                                        )        Case No. 1:25-CV-02162
GRANT SQUARE RLLP,                      )
                                        )
                    Defendant.          )

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, CARLOS FLORES ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, GRANT SQUARE RLLP, and this entire action, with Prejudice.

Respectfully submitted this 26th day of August 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on August 26, 2025 upon all counsel or parties.


<u>/s/  Douglas S. Schapiro</u>
Douglas S. Schapiro, Esq.
State Bar No. 54538FL

Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (561) 807-7198